IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 JUL 20 A 11:49

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

THOMAS JAMES EALY, 177006
Full name and prison number
of plaintiff(s)

v.

LAWSON LITTLE, GARY MAXWELL,
RICHARD CLEMMONS and
HOUSTON COUNTY SHERIFF
DEPARTMENT

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:09cv677-ID-SRW
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if state court, name the county) _____N/A_____
         _____N/A_____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT _J.O. Davis Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Houston County Sheriff Department, J.O. Davis 4000, Atmore, AL 36503_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS

1. _Lawson Little, P.O. Drawer 6406, Dothan, AL 36302_
2. _Gary Maxwell, P.O. Drawer 6406, Dothan, AL 36302_
3. _Richard Clemmons, P.O. Drawer 6406, Dothan, AL 36302_
4. _Houston County Sheriff Dept., P.O. Drawer 6406, Dothan, AL 36302_
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _On May 25, 2006 thru June 27, 2007_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _The Defendants herein acted in concert to deprive Plaintiff of his 4th, 5th, 6th and 14th Amendment rights to the United States Constitution._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or about May 26, 2006 Defendant Richard Clemmons of the Houston County Sheriff did enter Plaintiff home without consent, search warrant and took 1100.00 and disguised an erroneous Mirjanna possession charge upon the Plaintiff to shield the illegal taking of funds.

GROUND TWO: On or May 2006, Defendant Gary Maxwell acting in Concert with Defendant Clemmons violated My 4th, 5th, 6th and 14th Amendment Rights U.S. Const.

SUPPORTING FACTS: On or about May 2006, Defendant Maxwell, acting in Concert with Defendant Clemmons to shield the violation drafted a null and void indictment against Plaintiff Ealy for possession of Mirjuanna with no lab toxicology results or chain of custody form in support, and never mention the Plaintiff incident report for said 1100.00 funds taken from my home

GROUND THREE: On June 27, 2007 while acting in his judicial Capacity Defendant Little without standing accepted my misinformed Plea violating my 4th, 5th, 6th and 14th Amend. U.S. Const.

SUPPORTING FACTS: On June 27, 2007 Defendant Lawson Little did act in Concert with Defendants Clemmons and Maxwell to shield the illegal taken of funds and without standing to Commit, Convict or impose sentence accepted an unintelligent, Misinformed guilty plea to avoid the merits of Malicious prosecution of Plaintiff Ealy.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I seek a trial by jury, I seek monetary damages in the Sum Three Million Dollars for nominal, Punitive and Compensationary for the loss of Rights by concert, and that a show cause order be issued.

*Thomas Ealy 7-15-09*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7-15-09 .
(Date)

*Thomas Ealy*
Signature of plaintiff(s)

4

Thomas James Edly
#177006-P1-9A
J. O. Davis 4000
Atmore, AL 36503



MOBILE AL 365
16 JUL 2009 PM 2 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P. O. BOX 711
MONTGOMERY, ALABAMA
36101-0711

36101+0711